Shellie Lott, Esq.;  SNB:  246202
CERNEY KREUZE & LOTT, LLP
42 N. Sutter Street, Suite 400
Stockton, CA 95202
(209) 948-9384
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA I. CARABALLO COLON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　　　　Defendant. | No. 2:13-CV-01414-EFB<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file A Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of January 21, 2014, by forty days, to the new response date of March 3, 2014.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

1

| | |
|---|---|
| DATED: January 21, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| */s/ Shellie Lott*<br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/ Theophous H. Reagans*<br>THEOPHOUS H. REAGANS,<br>(As authorized via E-mail on 01/21/14)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before March 3, 2014.

SO ORDERED.

DATED:  January 22, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2