BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8938
Fax: (415) 744-0134
E-mail: theophous.reagans@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA I. CARABALLO COLON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:13-CV-1414 EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until May 25, 2014. The Commissioner's response was due April 4, 2014. Because of illness, absence from the office, and press of other work, Defendant's counsel inadvertently failed to calendar the due date and now needs additional time review this case and to respond to Plaintiff Motion. Defendant's counsel makes this request in good faith and apologizes to the Court for the delay. All other dates in the Court's Scheduling Order are extended accordingly.

| | |
|---|---|
| Date: April 17, 2014 | *Ann M. Cerney* <br> (Authorized via telephone) <br> ANN M. CERNEY <br> Attorney for Plaintiff |
| Dated: April 17, 2014 | BENJAMIN B. WAGNER <br> United States Attorney <br><br> *Theophous H. Reagans* <br> THEOPHOUS H. REAGANS <br> Special Assistant U.S. Attorney <br><br> Attorneys for Defendant |

IT IS SO ORDERED.

Dated:  April 22, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2