Shellie Lott, SBN:    246202
CERNEY KREUZE & LOTT, LLP
42 N. Sutter Street, Suite 400
Stockton, CA 95202
(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA I. CARABALLO COLON,<br><br>              Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>              Defendant. | No.  2:13-CV-01414 EFB<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

       IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of June 17, 2014, by twenty-one days, to the new response date of  July 8, 2014, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

/////

/////

/////

/////

/////

1

| | |
|---|---|
| DATED:  June 17, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX |
| */s/ Shellie Lott*<br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/ Theophous H. Reagans*<br>THEOPHOUS H. REAGANS,<br>(As authorized via E-mail on 06/17/14)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Reply on or before July 8, 2014.

SO ORDERED.

DATED:  June 17, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2